KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: 408-535-5082
Facsimile:  408-535-5081
Claire.Cormier@usdoj.gov

**E-filed 4/3/06**

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KEYES, JR., | No.  C-04-2722 SBA |
| Plaintiff, | STIPULATION AND [P~~ROPOSE~~D] ORDER CONTINUING TRIAL AND PRETRIAL SCHEDULE |
| v. | |
| R. JAMES NICHOLSON, Secretary of the Department of Veterans Affairs, | |
| Defendant. | |

The parties, through their counsel of record, hereby stipulate and request as follows:

The current deadline for fact discovery in this case is April 3, 2006.  Prior to that deadline, plaintiff's counsel contacted defendant's counsel regarding scheduling the depositions of two employees of the Department of Veterans Affairs ("VA").  Counsel are advised that one of the proposed deponents has been out of country, and thus has been unavailable for a deposition prior to the current deadline.  It appears that the requested deponents and counsel are likely to be available on April 27, 2006.

Defendant intends to file a motion for summary judgment.  The motion was originally planned for hearing on May 12, 2006.  However, in order to allow for completion of the planned depositions before the filing of the motion, the motion hearing is now likely to take place in June.

1  So that the parties will not need to incur the expenses of expert disclosure prior to the hearing on the
2  summary judgment motion, and to allow for an orderly pretrial process following the anticipated
3  motion, the parties propose the following changes to the trial and pretrial schedule for this case:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day for Fact Discovery[1/] | April 3, 2006 | May 5, 2006 |
| Plaintiff Expert Disclosure | April 17, 2006 | July 14, 2006 |
| Defendant Expert Disclosure | May 15, 2006 | August 18, 2006 |
| Rebuttal Expert Disclosure | June 5, 2006 | September 1, 2006 |
| Last Day Expert Discovery | June 23, 2006 | September 22, 2006 |
| Last Day for Dispositive Motions | July 28, 2006 | October 6, 2006 |
| Pretrial Conference | September 1, 2006 | November 17, 2006 |
| Trial | September 8, 2006 | December 1, 2006 |

IT IS SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF MICHAEL HEATH                KEVIN V. RYAN
                                            United States Attorney


 /s/ Michael Heath                           /s/ Claire T. Cormier
Michael Heath                               Claire T. Cormier
Attorneys for Plaintiff                     Assistant United States Attorney

Dated: March 31, 2006                       Dated: March 31, 2006

//

//

//

//

//

---

[1/] The parties request an extension of the deadline for factual discovery only for the purpose of the depositions of Sandra Macdonald and Elizabeth Freeman.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Upon the stipulation of the parties and good cause appearing, the changes to the dates and deadlines proposed in the foregoing stipulation are hereby adopted by the Court, except as follows:

_____

_____

IT IS SO ORDERED.

Dated: 4/3/06 _____

JEREMY FOGEL
United States District Judge