**E-filed 5/10/06**

1  KEVIN V. RYAN (CA SBN 118321)
United States Attorney
2  JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
3  CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

4

5     150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
6     Telephone: 408-535-5082
Facsimile:  408-535-5081
7     Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  ROOSEVELT KEYES, JR.,            )    No.  C-04-2722 JF
                                     )
13            Plaintiff,             )    STIPULATION AND [PROPOSED] ORDER
                                     )    CONTINUING DISCOVERY CUTOFF
14     v.                            )
                                     )
15  R. JAMES NICHOLSON, Secretary of the )
Department of Veterans Affairs,      )
16                                   )
              Defendant.             )
17  _____ )

18        The parties, through their counsel of record, hereby stipulate and request as follows:

19        The previous deadline for fact discovery in this case was April 3, 2006.  Pursuant to a previous

20  stipulation, the Court revised the trial and pretrial schedule for this case, including continuing the fact

21  discovery cut-off to May 5, 2006.  The purpose of the previous continuance was scheduling difficulties

22  for two depositions plaintiff wished to take.  Due to further scheduling difficulties, one of those

23  depositions has been rescheduled to take place the week of May 8, 2006.  Accordingly, the parties

24  hereby stipulate and request that the Court extend the fact discovery cutoff for this case to May 12,

25  2006.  At this time, the parties do not request any other changes to the current schedule.

26  //

27  //

28  //

1       IT IS SO STIPULATED.

2   Respectfully submitted,

3   LAW OFFICE OF MICHAEL HEATH              KEVIN V. RYAN
                                            United States Attorney
4

5
            /s/                                      /s/
6   _____             _____
    Michael Heath                           Claire T. Cormier
7   Attorneys for Plaintiff                 Assistant United States Attorney

8   Dated: May 5, 2006                      Dated: May 5, 2006

9

10

11

12

13                          **[PROPOSED] ORDER**

14        Upon the stipulation of the parties and good cause appearing, the fact discovery cutoff for this case is

15  hereby extended to and including May 12, 2006.

16

17  IT IS SO ORDERED.

18

19  Dated:____5/10/06_____

20                                          _____
                                            JEREMY FOGEL
                                            United States District Judge
21

22

23

24

25

26

27

28