**E-filed 6/28/06**

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113-3081
   Telephone: 408-535-5082
   Facsimile:  408-535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROOSEVELT KEYES, JR., | No. C-04-2722 JF |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT |
| v. | |
| R. JAMES NICHOLSON, Secretary of the Department of Veterans Affairs, | |
| Defendant. | |

    The parties, through their counsel of record, hereby stipulate and request as follows:

    Defendant R. James Nicholson, in his capacity as Secretary of the Department of Veterans Affairs, filed his motion for summary judgment on June 2, 2006, noticing the motion for hearing on July 7, 2006. Accordingly, pursuant to Civil Local Rule 7-3, plaintiff's opposition was due no later than Friday, June 16, 2006. Plaintiff's counsel miscalendared the due date for the opposition, but filed his opposition on June 23, 2006.

    In order to accommodate this later opposition, the parties agree to reschedule the hearing on the motion to August 25, 2006. Defendant's reply will be due 14 days prior to the hearing date.

//

//

No. C-04-2722 JF.  Stipulation and [Proposed] Order Re Summary Judgment Schedule           Page 1

IT IS SO STIPULATED.

Respectfully submitted,

| LAW OFFICE OF MICHAEL HEATH | KEVIN V. RYAN |
| --- | --- |
| | United States Attorney |
| /s/ | /s/ |
| Michael Heath | Claire T. Cormier |
| Attorneys for Plaintiff | Assistant United States Attorney |
| Dated: June 23, 2006 | Dated: June 23, 2006 |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 6/27-06

JEREMY FOGEL
United States District Judge